UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61753-CIV-CANNON

**RAMONA BETTENCOURT**,

    Plaintiff,

v.

**AUTODESK, INC.**,

    Defendant.

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal with Prejudice [ECF No. 14], filed on December 4, 2023. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE** against all Defendants, effective December 4, 2023, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 14].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of December 2023.

                                          **AILEEN M. CANNON**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record